CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 07 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
MAY 2015 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:15-cr-31 |
| | ) | |
| v. | ) | **SEALED INDICTMENT** |
| | ) | |
| STEVEN JOSEPH MAJKOWSKI | ) | **In Violation of**: |
| | ) | |
| | ) | Title 21, U.S.C. § 841(a)(1) |

## COUNT ONE

The Grand Jury charges:

1. That on or about October 14, 2014, in the Western Judicial District of Virginia, the defendant, STEVEN JOSEPH MAJKOWSKI, did knowingly and intentionally distribute a measurable quantity of Fentanyl, a Schedule II controlled substance, resulting in the serious bodily injury of another.

2. In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT TWO

The Grand Jury charges:

1. That on or about the October 14, 2014, in the Western Judicial District of Virginia, the defendant, STEVEN JOSEPH MAJKOWSKI, did knowingly and intentionally distribute a measurable quantity of Fentanyl, a Schedule II controlled substance, resulting in the death of another.

2. In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

A TRUE BILL this ___7___ day of May, 2015.

                  __*s/Grand Jury Foreperson*_____
                  FOREPERSON

_____
ANTHONY P. GIORNO
ACTING UNITED STATES ATTORNEY