# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 7:15CR00031-01        Date: 1/7/2016

**Defendant:** Steven Joseph Majkowski, Bond        **Counsel:** Randy Cargill, Esq. AFPD

PRESENT:  JUDGE: Hon. Glen Conrad     TIME IN COURT: 1 – 2 pm   1 hr
          Deputy Clerk: Susan Moody
          Court Reporter: Judy Webb
          U. S. Attorney: Andrew Bassford, Esq.
          USPO: Kim Falatic

**PROCEEDINGS:**

☒ Plea Agreement filed with court.
☒ Defendant re-arraigned as to Count 1 – Lesser Included Offense Rule 11(c)(1)(C)
☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty pending PSR.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests
☒ Court finds defendant guilty as charged in Count 1 Lesser pending PSR

**DEFENDANT PLEADS:**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1 | | | 2 to be dismissed at sentencing |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

☒ Court orders Presentence Report.
☒ Defendant to remain on bond.
☒ Sentencing hearing scheduled for 4/22/2016 @ 130 before Judge Conrad